USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __9/11/2019__

**MEMO ENDORSED**

**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

**Ying Stafford**
**Associate Counsel**

Tel. (212) 608-1260
Cell (917) 553-6704
Fax (1646) 430-8944
grgoltzer@gmail.com

**BY ECF**

The Honorable Edgardo Ramos
U.S. District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

The application is _X_ granted
                  ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __9/9/2019__
New York, New York

Updated presentence investigation ordered.

Re.: *United States v. Tyrell Whitaker*
12 Cr. 626 (ER)

Dear Judge Ramos:

We write the Court to respectfully request that an Order be issued to the Probation Department to conduct an updated Presentence Report for Mr. Whitaker.

It has been several years since Mr. Whitaker's initial Presentence Report. Mr. Whitaker's circumstances have changed drastically during his incarceration and should be considered as factors pursuant to § 3553(a) at his anticipated sentencing.

Accordingly, we request that an updated Presentence Report be conducted.

Respectfully submitted,

/S/

George Goltzer
Ying Stafford

All Parties (By ECF)