```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED:   12/17/2019
```

George Robert Goltzer
Attorney At Law
152 West 57th Street
8th Floor
New York, NY 10019

Ying Stafford, Esq.
Associate Counsel

T el.  (212) 608-1260
Fax (1646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

December 12, 2019

Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007
Via ECF

**MEMO ENDORSED**

Re. U.S.A. v. Whitaker
12 Cr. 626 (ER)

Dear Judge Ramos:

Please accept this letter as an application, with consent of Assistant United States Attorney Christopher Clore, to continue the sentence of Mr. Whitaker to any date in April, 2020 convenient to the Court, and further ordering that a Probation Officer personally interview Mr. Whitaker and amend the final report to advise the Court of Mr. Whitaker's development over the seven years he has been in custody so the Court may fully and fairly evaluate the criteria set forth in 18 U.S.C. 3553(a).  Notwithstanding our repeated requests for the personal interview, Probation declined before submitting a final report and recommendation. Thank you for your consideration. We remain

Respectfully,
S/*GRGoltzer*
George R. Goltzer
Ying Stafford

cc: All parties via ECF

Sentencing is adjourned to April 10, 2020, at 11:00 AM.
Probation is directed to conduct an interview with Mr. Whitaker and issue an updated PSR.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:    12/17/2019
New York, New York