# George Robert Goltzer
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

**Ying Stafford**
**Associate Counsel**

**Tel.  212/608-1260**
**Cell 917/553-6704**
**Fax 1646/430-8944**
**grgoltzer@gmail.com**

June 10, 2020

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007
Via ECF

**MEMO ENDORSED**

Re: *United States v.  Whitaker*
12 Cr. 626 (ER)

Dear Judge Ramos:

Please accept this letter as an application to continue the sentence of Mr. Whitaker, currently scheduled for June 26, 2020, to any date after September 9, 2020, convenient to the Court. The current restrictions on movement and court appearances will likely be in effect on June 30, and we will not be able to appear in person. In addition, we await the final presentence report from Probation.

If this application is agreeable, may I impose upon Your Honor to "so order" this letter. Thank you for your consideration. I remain

Respectfully,
*s/GRGoltzer*
George Robert Goltzer

cc: All parties via ECF

The September 26 sentencing is adjourned to October 7, 2020, at 11:00 AM.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: ___6/10/2020___
New York, New York

**MEMO ENDORSED**