UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              :    S3 12 Cr. 626 (ER)
                                      :
      - v. -                          :
                                      :
                                           USDC SDNY
RAYMOND CHRISTIAN,                    :    DOCUMENT
TYRELL WHITAKER, and                       ELECTRONICALLY FILED
GLENN THOMAS,                         :    DOC# _____
                                           DATE FILED: 8/25/2014
      Defendants.                     :
- - - - - - - - - - - - - - - - - - - x

## VERDICT FORM

**COUNT ONE:**   Conspiracy to Commit Robbery

     How do you find the defendants, RAYMOND CHRISTIAN and GLENN THOMAS, with respect to Count One: Conspiracy to Commit Robbery?

     RAYMOND CHRISTIAN:   Guilty  X        Not Guilty _____

     GLENN THOMAS:        Guilty  X        Not Guilty _____

**COUNT TWO:**   Robbery

     How do you find the defendants, RAYMOND CHRISTIAN, TYRELL WHITAKER, and GLENN THOMAS, with respect to Count Two: Robbery?

     RAYMOND CHRISTIAN:   Guilty  X        Not Guilty _____

     TYRELL WHITAKER:     Guilty  X        Not Guilty _____

     GLENN THOMAS:        Guilty  X        Not Guilty _____

- 2 -

**COUNT THREE:**    Narcotics Conspiracy

How do you find the defendants, RAYMOND CHRISTIAN and GLENN THOMAS, with respect to Count Three: Conspiracy to Distribute or Possess with Intent to Distribute Controlled Substances?

RAYMOND CHRISTIAN:    Guilty _____        Not Guilty __X__

GLENN THOMAS:    Guilty _____        Not Guilty __X__

**3(a). "Crack" Cocaine:** If you answered *Guilty* for Count Three for Raymond Christian, please answer the following question:

Do you unanimously find beyond a reasonable doubt that the defendant, Raymond Christian, conspired to distribute or possess with intent to distribute cocaine base, in a form commonly known as "crack"?

_____YES        _____NO

**3(b). Heroin:** If you answered *Guilty* for Count Three for Raymond Christian, please answer the following question:

Do you unanimously find beyond a reasonable doubt that the defendant, Raymond Christian, conspired to distribute or possess with intent to distribute heroin?

_____YES        _____NO

**3(c). Marijuana:** If you answered *Guilty* for Count Three for Raymond Christian, please answer the following question:

Do you unanimously find beyond a reasonable doubt that the defendant, Raymond Christian, conspired to distribute or possess with intent to distribute marijuana?

_____YES        _____NO

- 3 -

**3(d). "Crack" Cocaine:** If you answered *Guilty* for Count Three for Glenn Thomas, please answer the following question:

Do you unanimously find beyond a reasonable doubt that the defendant, Glenn Thomas, conspired to distribute or possess with intent to distribute cocaine base, in a form commonly known as "crack"?

_____YES          _____NO

**3(e). Heroin:** If you answered *Guilty* for Count Three for Glenn Thomas, please answer the following question:

Do you unanimously find beyond a reasonable doubt that the defendant, Glenn Thomas, conspired to distribute or possess with intent to distribute heroin?

_____YES          _____NO

**3(f). Marijuana:** If you answered *Guilty* for Count Three for Glenn Thomas, please answer the following question:

Do you unanimously find beyond a reasonable doubt that the defendant, Glenn Thomas, conspired to distribute or possess with intent to distribute marijuana?

_____YES          _____NO

- 4 -

**COUNT FOUR:** Murder Through Use of a Firearm Relating to a Crime of Violence (as charged in Counts One and Two)

<u>Only consider Count Four if you have found the defendants *Guilty* on Count One OR Count Two.</u>

How do you find the defendants, RAYMOND CHRISTIAN, TYRELL WHITAKER, and GLENN THOMAS, with respect to Count Four: Murder Through the Use of a Firearm During and In Relation to a Crime of Violence (as charged in Counts One and Two)?

RAYMOND CHRISTIAN:   Guilty  X        Not Guilty _____

TYRELL WHITAKER:     Guilty  X        Not Guilty _____

GLENN THOMAS:        Guilty  X        Not Guilty _____

**COUNT FIVE:** Use of Firearms During and In Relation to a Crime of Violence (as charged in Counts One and Two)

<u>Only consider Count Five if you have found the defendants *Guilty* on Count One OR Count Two.</u>

How do you find the defendants, RAYMOND CHRISTIAN, TYRELL WHITAKER, and GLENN THOMAS, with respect to Count Five: Use of a Firearm During and In Relation to a Crime of Violence (as charged in Counts One and Two)?

RAYMOND CHRISTIAN:   Guilty  X        Not Guilty _____

TYRELL WHITAKER:     Guilty  X        Not Guilty _____

GLENN THOMAS:        Guilty  X        Not Guilty _____

- 5 -

**5(a). <u>Brandish/Discharge</u>:** <u>If you answered *Guilty* for Count Five for Raymond Christian</u>, please answer the following question:

If you found the Defendant, Raymond Christian, guilty of Count Five, please indicate if you also found him responsible for brandishing or discharging the firearm?

    Brandish?    Yes  X     No ____

    Discharge?    Yes ____     No  X

**5(b). <u>Brandish/Discharge</u>:** <u>If you answered *Guilty* for Count Five for Tyrell Whitaker</u>, please answer the following question:

If you found the Defendant, Tyrell Whitaker, guilty of Count Five, please indicate if you also found him responsible for brandishing or discharging the firearm?

    Brandish?    Yes  X     No ____

    Discharge?    Yes ____     No  X

**5(c). <u>Brandish/Discharge</u>:** <u>If you answered *Guilty* for Count Five for Glenn Thomas</u>, please answer the following question:

If you found the Defendant, Glenn Thomas, guilty of Count Five, please indicate if you also found him responsible for brandishing or discharging the firearm?

    Brandish?    Yes  X     No ____

    Discharge?    Yes ____     No  X

- 6 -

<u>COUNT Six:</u>  Use of Firearms During and In Relation to a Drug Trafficking Crime (as charged in Count Three)

<u>Only consider Count Six if you have found the defendants *Guilty* on Count Three</u>.

How do you find the defendants, RAYMOND CHRISTIAN and GLENN THOMAS, with respect to Count Six: Use of a Firearm During and In Relation to a Drug Trafficking Crime (as charged in Count Three) on an occasion other than the December 15, 2010 robbery (as charged in Counts One and Two)?

RAYMOND CHRISTIAN:   Guilty _____         Not Guilty _____

GLENN THOMAS:        Guilty _____         Not Guilty _____

Dated:   New York, New York
         August 22, 2014

_____
Signature of Foreperson

_____
Print name  (Danny Bell)