| E8k9chr5 | Summation - Mr. Bauer | Page 2204 |
|---|---|---|

inconsistency, again, shows you how credible the witnesses are. If they were together in the GEO jail, as the questions were asked, and getting their stories straight, wouldn't they talk about what brand? But they didn't. And it shows you that they're just telling you like it is, how they remembered it three-and-a-half years later.

Now, before I move on or off of Tyrell Whitaker, since he's not charged with the drugs and the other guns, let me just talk for a moment and say that you heard that he was part of this crew selling drugs. You heard that he sold crack. You heard that he sold heroin. You saw the heroin in the brown rice, the Goya rice, that he was arrested with on August 12, 2010. You heard that he sold drugs from Baynes, Mallory, McDermott, Williams.

Danielle Williams, in particular, told you about Bow Wow's drug sales. She saw him at 38 Dubois Street serving a customer because Reckless told him to. And she told you about how he sold drugs with other people like Bash in her house with her son, Smoke.

Ladies and gentlemen, beyond a reasonable doubt Tyrell Whitaker was part of this crew, part of this robbery. Part of the murder of Jeffrey Henry.

Two final points on the murder. First, as you know, the defendants are charged with murder. Now, some cases the government has to prove that the defendants intended to kill

| E8k9chr5 | Summation - Mr. Bauer | Page 2205 |
|---|---|---|

the victim to prove murder. Not here. As Judge Ramos will explain to you, what the government has to show is that the defendants intended on committing a robbery -- not a murder, a robbery -- and that during that robbery, during that felony somebody was killed. That's all. It's an important point and one that I think you need to keep in mind as you listen to all of the evidence here.

Now what about the big question? Who shot and killed Jeffrey Henry? Was it Bash, Bow Wow, Gucci, Akinto Boone? Ladies and gentlemen, I'm just going to dismiss that out of hand. Akinto Boone told you that the hallway curved. It would take a magic curving bullet for Akinto Boone to shoot around that hallway. You saw that door. It didn't have any bullets in it. And as you heard from every witness, the door was barely opened. Let's forget about that Akinto Boone, those questions. That's ridiculous.

Now, it's a distraction. But the question is -- because if I were you, I would have been sitting here through this trial wondering who was the shooter? Which robber shot Mr. Henry? And the fact is we don't know.

You heard that Bow Wow, Gucci, and Bash were taking turns firing at Mr. Henry. But you heard no evidence as to which of the robbers fired those fatal shots.

But here's the bottomline. It doesn't matter. It doesn't matter. As I said earlier, each of the defendants is

| E8k9chr5 | Summation - Mr. Bauer | Page 2206 |
|---|---|---|

charged not only with committing the robbery and murder but also aiding and abetting those crimes as well. I expect that Judge Ramos' instruction will make clear to you that if you aid or abet the shooter, you are just as guilty as if you pulled the trigger.

What does aiding and abetting mean? I expect Judge Ramos to give you examples. But what does it include? Being part of the robbery crew. Having your own gun at the robbery. Pulling it out during the robbery. You don't have to be the shooter, ladies and gentlemen.

Let me be perfectly clear. Baynes and Quay Quay. They were lookouts. Didn't have guns. They are guilty of the robbery, of aiding and abetting the robbery and aiding and abetting the murder.

L-1, who wasn't even there but set it all up, guilty of aiding and abetting the robbery and the murder.

So these guys in the house with their own guns, guilty of either the murder or aiding and abetting the murder. There is no difference.

So all those points about how it was a 9-millimeter bullet that killed Mr. Henry. So what? It's interesting. It would be nice to know who shot that particular bullet. But it is legally irrelevant.

Bow Wow and Gucci were given revolvers by Mallory and Kev Gotti. They were not 9-millimeters. But you don't know

| E8k9chr5 | Summation - Mr. Bauer | Page 2207 |
|---|---|---|

what caliber gun Bash had. Maybe it was a 9. Maybe he's the one who shot Mr. Henry. Maybe the robbers traded guns before the robbery.

And even though Bow Wow and Gucci had the .38 revolvers from Mallory and Gotti, maybe they swapped them with Bash and Baby E. We don't know. Anthony Baynes didn't know. Jamar Mallory didn't know. But it's besides the point.

As defense counsel speaks to you, and if they focus on this 9-millimeter defense, I suggest to you that it's a distraction. It's interesting, but it's a distraction. You need to focus on the evidence. And you need to focus on the law. And if you do that you'll see that the defendants are guilty of the charged murder.

Now before I move on to those other counts of the drugs and the guns I want to talk to you a little more about the cooperators. As you know, we called four witnesses, Baynes, Mallory, Danielle Williams, David Evans, who pled guilty to cooperation agreements. There were two other witnesses, Ramone McDermott and Akinto Boone who are hoping to get a letter from the government -- they didn't have an agreement -- who are hoping for a letter.

Ladies and gentlemen, it would be great if we could call fine, upstanding citizens here to the witness stand to talk about the interworkings of a robbery crew or crack sales on Chambers Street. But you know that's not possible. Can't