

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

*Office Memorandum*

150 Park Row
New York NY 10007

DATE: April 15, 2020

To: Whom it may concern

From: B. Eklund, Correctional Counselor

SUBJECT: Inmate Whitaker, Tyrell, Reg. No. 56622-056

The purpose of this memorandum is to advise you of my observations and interactions with inmate Whitaker, Tyrell, Reg. No. 56622-056. Mr. Whitaker has been assigned to various different work details since his incarceration at MCC New York. To include plumbing work, food service, and many other jobs. He is self-motivated and works very hard with minimal supervision. With his skill set and work ethic I believe Mr. Whitaker will not have a difficult time finding employment upon release. He is actively involved in educational programs available at MCC New York. Mr. Whitaker has completed 38 educational programs. In addition to completing educational programs himself, he also encourages other to participate in the programs and serves as a tutor. He has maintained clear conduct over the past 4 years. He displays a positive attitude and assists newly incarcerated inmates adapt to a new environment. If you have any questions please contact me at 646-836-6300.

Dear Judge Ramos,

Prior to my incarceration I was living in Raleigh, North Carolina working for the United States Postal Service. In Raleigh I rented a two bedroom town house where me and my family lived. I am the youngest of my mothers four kids but in a strange way I am like the oldest. I never noticed how much my family needed me until I got incarcerated. My family not only depended on me mentally but financially too.
When I first came to jail I was very young and I thought I knew everything. It didn't take long for me to realize that I had a lot to learn in life. So I told myself that I would dedicate my time to not just educating myself but to finding myself too so that I could grow not just as a man but as a son, brother, uncle and a friend too.

Over my 95 months incarcerated I have completed well over 40 education courses, classes and reentry programs. I have done everything from receiving my GED to drama class, Yoga class, anger management class, interveiw skills class, CDL class and even a 24 week Non-Residential Drug treatment program just to name a few. All of these courses and classes that I have completed are all volunteer. I have used these course and classes not just to stay out of trouble but most importantly to educate my self and prepare my self for the day I go home. One of the reentry programs I took is called the Focus Forward Project, Inc. The Focus Forward Project has gave me tools to utilize my periode of uncertainty so I could begain to focus on my future and create a plan for my reentry back into society. The Focus Forward Project has taught me how to be more

confident and self motivated in my self and because of this I have grown as a individual and acquired new skills and tools to help me move forward successfully in my life upon my reentry. My Focus Forward experience would not have been possible without the two amazing facilitators, Nora Stephens and Zoe Stahl. Thanks to their dedication to creating and providing a trusting and supportive environment I was able to express my ideas and share my feelings always in class. Nora and Zoe didn't just help me they helped 11 other inmates too. For twelve weeks they prepared the class for a successful reentry and a crime free future. Words can not thank Nora and Zoe enough for what they have done for me. They both will always be more then just facilitators to me, Nora Stephens and Zoe Stahl will always be my family and I would like to thank both of them for giving me the opportunity to be

apart of their class.

Since my incarceration I have had multiple jobs. I started off working in food service in 2013 at MDC Brooklyn as a food prep and a cook. In 2014 I was moved to MCC Manhattan where I continued to sign up for jobs. From November 28, 2015 to January 8th 2020 I have been a Inmate Companion helping Suicide Prevention at MCC. Another way I found to volunteer my time to help other inmates deal with not just being in jail but being away from their family and friends. I have also worked at MCC as a Food Service prep and cook since 2015 to 2020 of june where I have currently had to stop working in Food Service do to a outbreak of covid-19 cases on my unit here at MCC.

I have also worked in the electric shop here at MCC since January of 2019 to October 2019

where I learned everything from pipe binding to installing and repairing (LED) light fixtures. I would love to continue pursuing this trade upon my release and eventually become a master electrician and open up a electric shop of my own in the future.
On July 26th, 2016 I received my GED but I didn't want to stop there. I wanted to find away to give back the same education I received here at MCC. On August 17th 2016 I signed up to take a 28 hour GED pretail tutor class and on August 22, 2016 I became a GED tutor. Over the years I have helped a countless number of inmates receive their GED's. A few inmates wanted to write letters for my sentencing thanking me for helping them receive their GED's but I refused to take their letters. I didn't sign up to be a GED tutor for sentencing letters, I signed up to be a GED tutor

to help inmates get a education and a way out of the streets. On September 5th, 2012 I was not the only one who got incarcerated that day. That day my family also got incarcerated too and my family has struggled to make ends meet for years without me being there to help them out. They are the main reason I continue to stay positive and stay focus on bettering my self everyday.

Tyrell Whitaker

August 21, 2020

Honorable Edgardo Ramos
US District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

August 20, 2020

Dear Judge Ramos:

I am William H King, Employee of USPS since 2011. I've known Mr. Tyrell J Whitaker as both friend and co-worker for fourteen years.

As a co-worker, Mr. Whitaker was the team player everyone looked forward to working with. Although quite comical his morals of being punctual, reliable and hard-working helped secure his position in the workplace.

Showing his determination to get ahead. I often provided transportation to and from Wal-Mart Supercenter and USPS main hub in Raleigh, NC whenever I could. I witnessed Mr. Whitaker climbed the ladder from On-Call, Part-time to Full-time employee in a matter of months.

As a friend, I saw Mr. Whitaker overcame many obstacles. Such as being hungry, penny less, and separated from other family members. Because his Mother's single paycheck couldn't provide enough income to meet their needs. All of this taking place while trying to attend Middle and High School.

His first job was with Food Lion Supermarket 25 miles a cross town. He took three buses plus walked the hill. In order to keep a room at the Super 8 Motel.

Although his Step Father was once a prominent figure in his early years. Alcoholism was the demise for the family Mr. Whitaker once knew.

Making matters worse. His Eldest Brother, Jahmal. Who had been shot some years before in Newburgh, NY. Had taken a turn for the worst and needed to immediately relocate to NC. With their Mother, Scherrie L Pierce, who had been awarded Guardianhip by Orange County NY and Court of Wake County NC.

With additional responsibilities. Mr. Whitaker was asked by his Mom to move in with them. To become second Guardian in case something happened to her.

**My heart goes out to everyone involved. The loss of a loved one is overwhelming and certainly not to be forgotten. I'm not certain exactly when he lost his way. Especially making the strides he made in NC. Mr. Whitaker did better than most adults I know. I thank you for your time and Praying for leniency.**

**Respectfully yours,**

**William H. King**

Honorable Edgardo Ramos
US District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

August 20, 2020

Dear Judge Ramos:

Tyrell J Whitaker is the youngest of four children. From early on, he showed initiative, loving life. He was energetic, fun and close to his Maternal Grandpa, Robert C. Bowman. Who stepped up as Babysitter in the absence of their Father.

Due to habitual drug use. His Biological Father, Christopher J Whitaker was asked to leave the home two months after he was born. In his departure, financial, mental or physical support wasn't provided. Therefore leaving all responsibilities upon me, his Mom, Scherrie L King.

Although Tyrell developed without physical issues. His mental state led me to request Attention Deficit Hypersensitivity Disorder evaluation and testing. ADHD, a chronic condition includes attention difficulty, hyperactivity and impulsiveness. It may also contribute to low self-esteem, troubled relationships and difficulty at school or work.

To help him cope. IEP assessments were performed throughout Elementary, Middle and High School. He once participated in a class anger management project, known as "Bagging your Anger" in Fourth Grade. To which he failed miserably.

As the Parent of a fourth grader who couldn't pass the project. My then Husband, Billy A Pierce encouraged various activities to help Tyrell get through everyday life. In FL, he served as an Alter Boy, Jr Praise Team Leader, Library Book Club and The Cub Scouts. All of which he seemingly enjoyed and did well.

That is of course until his Eldest Brother Jahmal got shot. Took a turn for the worse mentally and physically. Causing the family emergency relocation to Newburgh, NY in 2003. The return to Newburgh proved difficult. Once again we were homeless, struggling financially. When his friends and some family saw some of his momentum from FL. They teased him profusely.

Worried about the direction my Boy's were taking after returning to Newburgh. I made the decision to relocate to NC the Summer of 2006. Right after Wal-Mart granted my transfer request.

Not getting out fast enough. Some of Tyrell's behavioral issues such as arguing, with me, fighting with his Siblings, and Step Father. Made me realize. Relocating numerous was a toll on him. I'd often wonder what life would have been like if we hadn't left FL.

He flourished after returning in order to train as Guardian over his Eldest Brother who was deemed Bipolar Schizophrenia. He worked on call, part time until finally landing full time hours with USPS. His name on the documents of his first apartment was inspirational. In the event of something happening to me. Tyrell is the one I'd leave to handle my affairs.

By this time, his Stepfather succumbed to Alcohol and Drug Abuse. Leaving Tyrell the responsibility to assist financially and mentally with his Eldest Brother. He also helped care for his Nephew Gregory Jr when in town. Along with his Sister Crystal until she moved.

Jeff is our Second Cousin on my Mother's side. His Grandmother Niecey, and Uncle Norman hosted many family gatherings throughout the years. News of his passing deeply saddened many. Especially his Wife and Children. No longer will we hear the sound of his voice or see that contagious smile. Although nothing could physically bring him back. I Pray that God will continue to be of comfort. The decisions made that fatal night. Will always be embedded in our memories.

Newburgh, NY is home to many. In the case of Tyrell D Whitaker. North Carolina is the better location in which he lived in Society without inhumane behavior.

Mr Whitaker has been incarcerated since Sept 2012. Stripped of his dignity. Separated from society, loss of residence including his Government Job. In regards to Sentencing. I Pray for leniency and return his return to NC and provide Restitution to the Family.

Respectfully yours

Scherrie L King