# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

July 23, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __7/26/2021__

Harry Sandick
Partner
(212) 336-2723
Direct Fax: (212) 336-1215
hsandick@pbwt.com

**By ECF**

The Honorable Edgardo Ramos
United States District Judge, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> The application is _X_ granted
> ___ denied
>
> _[signature]_
> Edgardo Ramos, U.S.D.J
> Dated: __7/26/2021__
> New York, New York

Re: **_United States v. Tyrell Whitaker_,**
    **Docket Nos. 12-cr-626 (SDNY); 21-595 (2d Cir.)**

Dear Judge Ramos:

## MEMO ENDORSED

We represent Defendant-Appellant Tyrell Whitaker for the purpose of his appeal to the Second Circuit, pursuant to an appointment under the Criminal Justice Act. As substitute counsel, we request access to all sealed materials that were filed in this matter and were available to (or filed by) prior defense counsel, George R. Goltzer, Esq. We require such access based on our understanding that certain submissions by the parties relating to the transfer of this matter from juvenile proceedings to adult status. The Court granted the government's transfer motion on or about August 2, 2013.

According to the Clerk's Office, access to such records requires an order from the Court. Assistant U.S. Attorney Christopher Clore has consented to our access to any papers that were originally available for defense counsel to see, including any sealed submissions by the government or the defense. We are prepared to submit a proposed order upon request from the Court.

Thank you for your consideration of this request.

Respectfully submitted,

_[signature]_

Harry Sandick

cc:   Assistant U.S. Attorney Christopher J. Clore (by email)

12902822v.1